**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO SEARS, ) | 2:06-cv-00114-RCJ-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| GLEN WHARTON, *et al.*, ) | |
| Defendants. ) | |

Before the Court for consideration is the Report of Findings and Recommendation of Magistrate Judge Peggy A. Leen, entered April 11, 2008 (#13). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report of Findings and Recommendation of the United States Magistrate Judge entered April 11, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#13) be affirmed and adopted, and that this case be **DISMISSED WITH PREJUDICE** for Plaintiff's failure to provide the court with an updated address as required by Local Rule LSR 2-2.

DATED:   April 30, 2008

_____
UNITED STATED DISTRICT COURT